IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DOMINIQUE MERRIMAN,** | 2:19-cv-2486 WBS DMC |
| Plaintiff, | **ORDER GRANTING REQUEST FOR EXTENSION OF TIME RE-WAIVER OF SERVICE** |
| v. | Judge: The Honorable Dennis M. Cota |
| **P.T. MARTIN,** | Trial Date: Not Filed |
| Defendant. | Action Filed: December 13, 2019 |

**GOOD CAUSE APPEARING,** the request for extension of time to file a waiver of service is granted. Defendant shall file a waiver of service on or before June 4, 2021.

Dated: May 20, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1