UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DOMINIQUE MERRIMAN,<br><br>        Plaintiff,<br><br>   v.<br><br>RYAN MARTIN,<br><br>        Defendant. | No. 2:19-CV-2486-WBS-DMC<br><br><br>ORDER |

----oo0oo----

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California Local Rules.

On November 2, 2021, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings

1

and recommendations to be largely supported by the record and the Magistrate Judge's analysis. The court construes the Second Amended Complaint as seeking damages against defendant only in his individual capacity and seeking injunctive relief against defendant only in his official capacity.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 2, 2021 (Docket No. 35), are adopted to the extent they are not inconsistent with the reasoning in this order;

2. Defendant's unopposed motion to dismiss (Docket No. 33) is granted in part as follows;

3. Plaintiff's requests for injunctive relief are denied as moot;

4. This action shall proceed on Plaintiff's Second Amended Complaint for damages against defendant Martin; and

5. Defendant Martin shall file an answer to Plaintiff's Second Amended Complaint within 30 days of the date of this order.

Dated: January 5, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE