1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

**DOMINIQUE MERRIMAN,**                    Case No. 2:19-cv-2486-WBS-DMC-P

12
                                Plaintiff,   **ORDER**
13

14          v.

15  **P.T. MARTIN,**

16                              Defendant.

17

18      Good cause appearing, Defendant's motion to request to seal a confidential video, proposed

19  Exhibit A to the declaration of K. Fowler in support of Defendant's motion for summary

20  judgment and provided to this Court, is GRANTED.  The video will be destroyed or returned to

21  Defendant's counsel at the close of this case.

22      IT IS SO ORDERED.

23

24  Dated:  June 5, 2023

25                                          _____
                                            DENNIS M. COTA
26                                          UNITED STATES MAGISTRATE JUDGE

27

28

                                            1