IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE MERRIMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RYAN MARTIN,<br><br>　　　　Defendant. | No.  2:19-CV-2486-WBS-DMC-P<br><br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding with retained counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Defendant's motion for summary judgment, ECF No. 52, filed on May 26, 2023, and notice for hearing before the undersigned on July 5, 2023, ECF No. 55 (amended notice).  Pursuant to Eastern District California Local Rule 230(c), opposition to Defendant's motion was due within 14 days after the motion was filed, or by June 9, 2023, in this case.  The rule further provided that no party is entitled to be heard in opposition to a motion at oral argument if opposition has not been timely filed.  See Local Rule 230(c).  Because Plaintiff has not timely filed an opposition to Defendant's motion, the Court

/ / /

/ / /

/ / /

/ / /

1

hereby vacates the July 5, 2023, hearing and the matter is submitted on the file without oral argument.

        IT IS SO ORDERED.

Dated:  June 14, 2023

                                    DENNIS M. COTA
                                    UNITED STATES MAGISTRATE JUDGE