**LAW OFFICE OF PAUL J. COHEN**
Paul J. Cohen, Bar No.: 162538
Post Office Box 2498
Van Nuys, CA 91404-2498
Telephone: (818) 997-3310

Attorney for Plaintiff,
DOMINIQUE MERRIMAN

IN THE **UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DOMINIQUE MERRIMAN,<br><br>Plaintiff,<br><br>vs.<br><br>P.T. MARTIN,<br><br>Defendant. | **CASE NO.: 2:19-cv-02486-WBS-DMC**<br><br>**REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; DECLARATION OF PAUL J. COHEN**<br><br>Date: July 5, 2023<br>Time: 10:00 a.m.<br>Courtroom: 304<br>Trial Date: None set |

1

REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT; DECLARATION OF PAUL J. COHEN CASE NO.: 11-CV-10771-PA(RZx)

DECLARATION OF PAUL J. COHEN

I, Paul J. Cohen, hereby declare as follows:

1. I am the attorney for the Plaintiff in this action. I am admitted to practice law in California, and also admitted to practice in the Eastern District of California, in U.S. District Court, as of last year. I have personal knowledge of the facts set forth below and could and would competently testify to these matters, if called as a witness.

2.On June 8, 2023, I received a call from my client, Plaintiff Dominique Merriman, who advised me he had just received a package of papers from the California Attorney General's Office. Mr. Merriman is incarcerated at the Los Angeles County State Prison, in Lancaster, California. My client advised me that he received the paperwork through the U.S. Mail and we agreed that Mr. Merriman would forward the paperwork to me by "legal mail." As of today, I have not received the paperwork sent to me by Mr. Merriman.

3.On June 8, 2023, I reached out to defense counsel, Juliet Lompa, by email. She advised me that she had served a motion for summary judgment and she kindly agreed to send the related paperwork to me in the form of an email attachment.

4. I am new to practicing law in Federal court and Ms. Lompa's email

2

DECLARATION OF WILLIAM W. BLOCH IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY SUMMARY ADJUDICATION OF ISSUES

CASE NO.: 11-CV-10771-PA(RZx)

attachment was the first actual notice I had of the motion for summary judgment. I have worked diligently in preparing an opposition and have done my best even though my client is incarcerated and it is very difficult for me to communicate with him since I cannot make any outgoing calls to him at the prison without setting up a confidential attorney phone call well in advance.

5. As a result of confusion regarding electronic service and delays associated with my client being incarcerated, I am asking that my opposition to the motion for summary judgment be considered even though it may not be timely.

I declare under penalty of perjury, under the laws of the state of California, that the foregoing is true and correct.

Executed this 21st day of June 2033, at Los Angeles, California.

_/S/ PAUL J. COHEN

PAUL J. COHEN

3

DECLARATION OF WILLIAM W. BLOCH IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY SUMMARY ADJUDICATION OF ISSUES

CASE NO.: 11-CV-10771-PA(RZx)