IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE MERRIMAN,<br><br>Plaintiff,<br><br>v.<br><br>RYAN MARTIN,<br><br>Defendant. | No.  2:19-CV-2486-WBS-DMC-P<br><br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 58, for an extension of time.  Good cause appearing therefor based on counsel's declaration showing excusable neglect, Plaintiff's motion will be granted.  Plaintiff's opposition, ECF No. 59, to Defendant's motion for summary judgment is deemed timely.  Plaintiff separate statement of disputed facts, ECF No. 60, however, cannot be deemed timely filed because it is not signed.  The Court will provide Plaintiff an opportunity to cure this defect before ruling on Defendant's motion to dismiss.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 58, is GRANTED in part.

2. Plaintiff's opposition brief, ECF No. 59, is deemed timely filed.

3. Plaintiff's unsigned statement of disputed facts, ECF No. 60, is <u>not</u> deemed timely filed.

4. To be considered by the Court, Plaintiff shall file a signed statement of disputed facts within 20 days of the date of this order.

5. Defendant may file a reply brief within 35 days of the date of this order.

Dated: August 3, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE